# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHNNY LEE JONES, III,

    Petitioner,

vs.

GREG SMITH, *et al.*,

    Respondents.

3:09-cv-00752-LRH-RAM

ORDER

Respondents have filed a motion for an extension of time in which to file an answer or responsive pleading to the petition for a writ of habeas corpus. (Docket #8). Respondents seek a 30-day enlargement of time, up to and including March 31, 2010, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (Docket #8) is **GRANTED.** The answer/responsive pleading shall be filed on or before **March 31, 2010.**

DATED this 2nd day of March, 2010.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE