# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHNNY LEE JONES, III,

    Petitioner,

vs.

GREG SMITH, *et al.*,

    Respondents.

3:09-cv-00752-LRH-RAM

**ORDER**

Respondents have filed a motion for a second extension of time in which to file an answer or responsive pleading to the petition for a writ of habeas corpus. (Docket #15). Respondents seek a 14-day enlargement of time, up to and including April 14, 2010, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (Docket #15) is **GRANTED.** The answer/responsive pleading shall be filed on or before **April 14, 2010.**

DATED this 1st day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE