AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

JOHNNY LEE JONES, III,

     Petitioner,

V.

GREG SMITH, et al,

     Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00752-LRH-RAM**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' Motion to Dismiss [17] is GRANTED. FURTHER ORDERED that the petition is DISMISSED Without Prejudice as Unexhausted. FURTHER ORDERED that the petitioner is DENIED a Certificate of Appealability.

 February 8, 2011                          **LANCE S. WILSON**
                                                               Clerk

                                             /s/  M. Campbell
                                             Deputy Clerk